No. 1753, Misc. PURNELL *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1634, Misc. DERENGOWSKI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 69. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* JACKSONVILLE TERMINAL Co., *ante,* p. 369. Petition for rehearing denied. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.